**ROY DEN HOLLANDER**
Attorney at Law

545 East 14th Street, 10D
New York, NY 10009

Tel. & Fax: (212) 995-5201
Mobile 917 687 0652
rdhhh@yahoo.com

FEB 2 0 2008

February 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

Judge William H. Pauley III
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, N.Y. 10007

MEMO ENDORSED

**Den Hollander v. United States of America, et al., No. 08 CV 01521 (WHP)**

Dear Judge Pauley:

    I am an attorney representing myself as the plaintiff in the above captioned civil action. I am admitted to practice in the Southern District and request that this *pro se* action be entered into the Electronic Case Filing system.

    Thank you for your time.

Sincerely,

*Roy Den Hollander*

Roy Den Hollander (1957)

CC: Michael J. Garcia
U.S. Attorney for the Southern District
86 Chambers Street, 3rd Floor
New York, N.Y. 10007

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
FEBRUARY 21, 2008