UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROY DEN HOLLANDER,

                Plaintiff,                   **ECF CASE**

     v.

                                    08 Civ. 1521 (WHP)
UNITED STATES OF AMERICA, et al.

                Defendants.              <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          March 3, 2008

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                            By:    /s/_____
                                            NATASHA OELTJEN
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2769
                                            Facsimile: (212) 637-2786
                                            Email: natalia.oeltjen@usdoj.gov

TO:    Roy Den Hollander
         545 East 14 St., 10D
         New York, NY 10009