UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Roy Den Hollander

                 Plaintiff,

         -against-

United States of America,
Director of the U.S. Citizenship and Immigration Services
    (formerly Immigration and Naturalization Service)
    of the Department of Homeland Security, and
Director of the Executive Office for Immigration Review
    of the U.S. Department of Justice.

                Defendants.
------------------------------------------------------------------x

Docket No. 08 CV 01521
(WHP)(ECF)
**SERVICE PROCESS AFFIDAVIT**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

I, Alan Flacks, being duly sworn, depose and say:

I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. On February 15, 2008, at 1 p.m., I personally served on the U.S. Atty for the Southern District of New York one copy of the Summons and Complaint at the Office of the United States Attorney for the Southern District of New York, 86 Chambers Street, 3rd fl, New York, N.Y., who is designated by the U.S. Attorney to receive process.

                                                              Alan Flacks

Sworn to before me on the
15th day of February 2008

_____
Notary Public

SANDRA S WINDSOR
Notary Public, State of New York
No. 01WI6165503
Qualified in Richmond County
COMMISSION EXPIRES 05/21/2011