UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Roy Den Hollander

                Plaintiff,                    Docket No. 08 CV 01521 (WHP)(ECF)

      -against-                       **SERVICE PROCESS**
                                                                **AFFIDAVIT**

United States of America,
Director of the U.S. Citizenship and Immigration Services
    (formerly Immigration and Naturalization Service)
    of the Department of Homeland Security, and
Director of the Executive Office for Immigration Review
    of the U.S. Department of Justice.

                Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

I, Alan Flacks, being duly sworn, depose and say:

    I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. On February 15, 2008, at 12:40 pm I mailed by first class U.S. mail, certified with return receipt, and postage paid from the USPS NY Dist. Church St. Station one copy each of the Summons and Complaint in the above captioned action to the following:

| | |
|---|---|
| U.S. Attorney General Michael B. Mukasey | Kevin Ohlson, Director |
| U.S. Department of Justice | Executive Office of Immigration Review |
| 950 Pennsylvania Avenue, NW | 5107 Leesburg Pike, Suite 2600 |
| Washington, D.C. 20530-0001 | Falls Church, VA 22041 |

Emilio Gonzales, Director
Office of the Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Washington, D.C. 20528

                                                                     */s/ Alan Flacks*
                                                                      ——————————————
Sworn to before me on the                                        Alan Flacks
15 day of February 2008

*/s/ Sandra Windsor*
Notary Public
SANDRA S WINDSOR
Notary Public, State of New York
No. 01WI6165503
Qualified in Richmond County
COMMISSION EXPIRES 05/21/2011