UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ROY DEN HOLLANDER,                          :

                          Pro Se Plaintiff,    :

              -against-                        :

UNITED STATES OF AMERICA, et al.             :

                          Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08
```

08 Civ. 1521 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

             Counsel for all parties having appeared before the Court for an initial pre-trial

conference on May 2, 2008, the following schedule is established on consent of the parties:

    1.        Defendants shall file their motion to dismiss by June 27, 2008;

    2.        Plaintiff shall file his opposition to the motion by July 25, 2008;

    3.        Defendants shall file any reply by August 4, 2008; and

    4.        Oral argument concerning the motion shall take place on August 22, 2008
              at 10:45 a.m.

Dated:     May 2, 2008
           New York, New York

                          SO ORDERED:


                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

1

*Copies mailed to:*

Roy Den Hollander
545 East 14th Street, 10D
New York, NY 10009
*Plaintiff Pro Se*

Natasha Oeltjen, Esq.
Office of the U.S. Attorney
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*