UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Roy Den Hollander, Sean Moffett, Bruce Cardozo, and
David Brannon,

          Plaintiffs on behalf of themselves
          and all others similarly situated,

    -against-

Secretary Michael Chertoff U.S. Dept. Homeland Security,
Director Emilio Gonzales U.S. Citizenship and Immigration Services
    (formerly Immigration and Naturalization Service),
U.S. Attorney General Michael B. Mukasey,
Director Kevin Ohlson Executive Office for Immigration Review
    U.S. Department of Justice,

        Defendants.
-------------------------------------------------------------------x

Docket No.
08 CV 01521(WHP)(ECF)

**AFFIDAVIT SERVICE
AMENDED COMPLAINT
SUMMONS**

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK  )

I, Alan Flacks, being duly sworn, depose and say:

    I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. On May 7th, 2008, at 10:10 pm, I mailed by first class U.S. mail, certified with return receipt, and postage paid at the Cathedral Sta. P.O., USPS, NY NY 10025 one copy of the First Amended Complaint and new Summons in the above captioned action to the following:

U.S. Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Michael Chertoff
Secretary
U.S. Dept. Homeland Security
Washington, D.C. 20528

Natasha Oeltjen
Asst. U.S. Attorney
86 Chambers Street, 3rd Floor
New York, N.Y. 10007

Kevin Ohlson, Director
Executive Office of Immigration Review
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041

Emilio Gonzales, Director
Office of the Directorate
U.S. Citizenship Immigration Services
U.S. Department of Homeland Security
Washington, D.C. 20528

Sworn to before me on the
9th day of May 2008

*Garrett White*
Notary Public

GARRETT JOSEPH WHITE
Notary Public, State of New York
No. 01WH6083877
Qualified in New York County
COMMISSION EXPIRES 11/25/2011

*Alan Flacks*
Alan Flacks