

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

June 26, 2008

BY HAND

**MEMO ENDORSED**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

           Re:    Den Hollander v. USA, et al.
                 08 Civ. 1521 (WHP)

Dear Judge Pauley:

    I am writing to request an extension of the Government's time to file its motion to dismiss this matter for thirty days, from June 27, 2008, until July 28, 2008. I have several urgent deadlines in other district court matters this week and next, and was recently assigned two circuit court matters with upcoming deadlines. This is the Government's first request for an extension.

    If the due date for the motion is extended for thirty days, then the due date for Plaintiff's opposition would likewise be extended from July 25, 2008, to August 25, 2008, and the due date for the Government's reply would be extended from August 4, 2008, to September 5, 2008. Oral argument, which is currently scheduled for Friday, August 22, 2008, would be rescheduled for a later date in September. I understand from Your Honor's Individual Practices that oral arguments are generally held on Fridays, and the only time I would have a conflict is the morning of Friday, September 19, 2008. Plaintiff, Roy Den Hollander, has consented to these proposed amendments to the scheduling order.

    I thank the Court for its attention to this matter.

                                                  Respectfully,

*Application granted.*

SO ORDERED:
                                                 MICHAEL J. GARCIA
                                                 United States Attorney

WILLIAM H. PAULEY III U.S.D.J.
7/8/08                                By:
                                                 NATASHA OELTJEN
*Oral argument is adjourned*          Assistant United States Attorney
*to September 29, 2008 at*              Tel. No.: (212) 637-2769
*10:00 a.m.*

cc: By Regular Mail

Roy Den Hollander, Esq.
545 East 14th Street, #10D
New York, NY 10009