MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    NATASHA OELTJEN
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: (212) 637-2769
Facsimile:  (212) 637-2786
Email: Natalia.Oeltjen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ROY DEN HOLLANDER; SEAN MOFFETT; BRUCE
CARDOZO; DAVID BRANNON,

                Plaintiffs,

          v.

MICHAEL CHERTOFF, U.S. Department of Homeland
Security; Director EMILIO GONZALEZ, U.S.
Citizenship and Immigration Services (formerly
Immigration and Naturalization Service); U.S. Attorney
General MICHAEL MUKASEY; Director KEVIN
OHLSON, Executive Office of Immigration Review,
U.S. Department of Justice,

                Defendants.
-------------------------------------------------------------------x

ECF Case

No. 08 Civ. 1521 (WHP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants'

Motion to Dismiss, dated July 28, 2008, and upon all the pleadings and other papers filed in this

action, defendants, by their attorney, Michael J. Garcia, United States Attorney for the Southern

District of New York, will move this Court before the Honorable William H. Pauley, United

States District Judge, for an order dismissing this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 28, 2008

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York
                                               Attorney for Defendants

                                    By:    /s/_____
                                               NATASHA OELTJEN
                                               Assistant United States Attorney
                                               Tel.: (212) 637-2769
                                               Fax:  (212) 637-2786

To:    Roy Den Hollander
        545 East 14th Street, #10D
        New York, NY 10009
        Tel.: (917) 687-0652
        Email: rdhhh@yahoo.com
        Attorney and Plaintiff