**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/?
```

-------------------------------------------------------------X
ROY DEN HOLLANDER, SEAN MOFFETT,
BRUCE CARDOZO, DAVID BRANNON,

                  Plaintiffs,

-against-

MICHAEL CHERTOFF, et al.,

                  Defendants.
-----------------------------------------------------------X

**08 CIVIL 1521 (WHP)**

**JUDGMENT**

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on December 3, 2008, having rendered its Memorandum and Order granting defendants' motion to dismiss for lack of Article III standing, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 3, 2008, defendants' motion to dismiss for lack of Article III standing is granted; accordingly, the case is closed.

**Dated:** New York, New York
       December 4, 2008

                         **J. MICHAEL McMAHON**

                         **Clerk of Court**

BY:

                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____