

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Roy Den Hollander, Sean Moffett, Bruce Cardozo, and
David Brannon,

        Plaintiffs on behalf of themselves
        and all others similarly situated,

-against-

Secretary Michael Chertoff U.S. Dept. Homeland Security,
Director Emilio Gonzales U.S. Citizenship and Immigration Services
    (formerly Immigration and Naturalization Service),
U.S. Attorney General Michael B. Mukasey,
Director Kevin Ohlson Executive Office for Immigration Review
    U.S. Department of Justice,

        Defendants.
-----------------------------------------------------------------x

Docket No.
08 CV 01521(WHP)(ECF)

**NOTICE OF APPEAL**

    Notice is given that Roy Den Hollander, attorney for the putative class action and one of its representatives in the above named case, appeals to the United States Court of Appeals for the Second Circuit from an order dismissing the plaintiffs' putative class action Amended Complaint with prejudice entered in this action on the 4th day of December 2008.

Dated: New York, N.Y.
       December 19, 2008

                                            Roy Den Hollander (RDH 1957)
                                            Attorney and plaintiff
                                            545 East 14 Street
                                            New York, NY 10009
                                            (917) 687 0652